IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 JAN -5 PM 4: 45
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| Kimly Vault, | § | |
| Plaintiff, | § § § § | |
| vs. | § | Case No. 1:16-CV-00113-SS |
| Dearborn National Life Insurance Company, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the Joint Agreed Motion to Dismiss filed by Plaintiff Kimly Vault. The Court, having considered the Motion, and having been informed that Defendant joins in and agrees to the Motion, finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that this case is dismissed, with prejudice. All attorney's fees and costs of court are taxed against the party incurring same, unless otherwise agreed by the parties.

Signed this 5th day of January, 2017.

_____
Honorable Sam Sparks
United States District Judge

AGREED:

_____
Greg Reed
Attorney for Plaintiff

_____   w/ permission
Andrew F. MacRae                 by Greg Reed
Attorney for Defendant